IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY TINDLE, | | |
| | Plaintiff, | No. CIV S-05-1647 GEB EFB P |
| vs. | | |
| TOM L. CAREY, Warden, et al. | | |
| | Defendants. | FINDINGS AND RECOMMENDATIONS |

On September 26, 2006, the court dismissed plaintiff's complaint for failure to comply with the Federal Rules of Civil Procedure. The order of explained the complaint's deficiencies and gave plaintiff 30 days leave to file an amended complaint. The order also warned plaintiff that his failure to file an amended complaint would result in a recommendation that this action be dismissed without prejudice.

The 30-day period has expired and plaintiff has not filed an amended complaint or otherwise responded to the order.

Accordingly, it is hereby RECOMMENDED that this action be dismissed without prejudice. *See* Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days

1 after being served with these findings and recommendations, any party may file written
2 objections with the court and serve a copy on all parties.  Such a document should be captioned
3 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
4 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
5 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
6 Dated:  November 20, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE